IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMIE W. DAVIS, individually
and as TRUSTEE of the JIMMIE W.
DAVIS REVOCABLE TRUST,

                                      Case No. 10-0883 KG/WPL

    Plaintiff,

vs.

ST. ANSELM EXPLORATION COMPANY,
a Colorado Corporation, ANNA M.R. WELLS
and MARK S. PALMER,

    Defendants.

### STIPULATED ORDER GRANTING DEFENDANTS' EXTENSION

THIS MATTER having come before the Court on the **Unopposed** Motion for a Two-Week Extension of Time to File Closing Arguments, Proposed Supplemental Findings of Fact & Conclusions of Law, and Supplemental Briefing, and the Court being fully advised,

FINDS, that this motion is unopposed and is well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that the deadline for the parties to file their closing arguments, proposed supplemental findings of fact & conclusions of law, and supplemental briefing as ordered by the Court on October 8, 2014, is now due to be filed on or before January 19, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

By  *Signed Electronically -    Eric B. Liebman*
    Eric B. Liebman, Colorado Bar Number 27051
    Moye White LLP
    16 Market Square, Sixth Floor
    1400 Sixteenth Street
    Denver, Colorado 80202-1486
    Electronic Mail: eric.liebman@moyewhite.com


*Attorney for Defendants*

Approved by:

   CRAVENS LAW LLC

By  *Approval via telephone 12/16/2014 - Richard H. Cravens, IV*
    RICHARD H. CRAVENS, IV
    P.O. Box 35820
    Albuquerque, New Mexico 87176

*Attorneys for Plaintiff*