UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMIE W. DAVIS, individually,
and as TRUSTEE of the JIMMIE W. DAVIS
REVOCABLE TRUST,

    Plaintiff,

v.                                                                           No. 10-CV-883 KG/WPL

ST. ANSELM EXPLORATION CO.,
a Colorado corporation, ANNA M.R.
WELLS, and MARK PALMER,

    Defendants.

## **JUDGMENT**

The Court held a bench trial in this matter on October 7-8, 2014, on Plaintiff's breach of contract claim. The Court concluded in its Findings of Fact and Conclusions of Law (Doc. 238) that Defendants are not liable for breach of contract.

IT IS, THEREFORE, ORDERED that

1. judgment is entered in favor of Defendants St. Anselm Exploration Co., Anna M.R. Wells, and Mark Palmer; and

2. this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE